UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAHIRA MANN, | Civ. Action No.: 14-2076(FLW)(DEA) |
| Plaintiff, | |
| v. | |
| | ORDER |
| DENTAL HEALTH ASSOC., P.A., | |
| Defendant. | |

**THIS MATTER** having been opened to the Court *sua sponte* by way of Plaintiff's failure to comply with certain Court Orders and otherwise prosecute this case; it appearing that the the Honorable Douglas E. Arpert issued a Report and Recommendation dated May 4, 2015, recommending that the Court dismiss Plaintiff's Complaint with prejudice; it appearing that the Magistrate Judge found Plaintiff personally responsible for her failure to comply with the Court's Order to Show Cause and other Orders directing Plaintiff to appear, *see* Order dated November 18, 2014; it appearing that dismissal with prejudice is an appropriate sanction for failure to provide discovery, obey court orders and/or prosecute a case pursuant to Fed. R. Civ. P. 37(b)(2) and 41(b); it further appearing that the Magistrate Judge properly balanced the factors set forth in *Poulis v. State Farm Cas. Co.*, 747 F.2d 863 (3d. Cir. 1984) in determining whether involuntary dismissal is appropriate; that it further appearing that Plaintiff has not filed any objections to the Report and Recommendation; accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation:

**IT IS** on this 1st day of June, 2015,

**ORDERED** that the Magistrate Judge's Report and Recommendation dated May 4, 2015 is hereby **ADOPTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

/s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge